July 12, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CHARITY ANN-MARIE ABAD, Appellant

NO. 14-12-00344-CV                    V.

JUAN ANTONIO ABAD, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 18, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellant, Charity Ann-Marie Abad, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.